IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

RYAN WALKER, On Behalf of Himself and   §
All Others Similarly Situated,   §
  §
      Plaintiff,   §
  §
V.   §      CIVIL ACTION NO. 5:15-cv-00169-RP
  §
TRINIDAD DRILLING, LP   §
  §
      Defendant.   §

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the following Scheduling Order is issued by the Court:

1.     A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before **November 20, 2015**.

2.     The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before **January 6, 2016**, and each opposing party shall respond, in writing, on or before **February 3, 2016**. All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and response as the Court will use these in assessing attorneys' fees and costs at the conclusion of the trial.

3.     The parties have completed and filed the attached "Notice Concerning Reference to United States Magistrate Judge" concurrently with this filing.

4.     The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before **January 6, 2016**.

5.      All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by FED. R. CIV. P. 26(a)(2)(B) on or before **December 18, 2015**. Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by FED. R. CIV. P. 26(a)(2)(B) on or before **February 1, 2016**. All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, within fifteen (15) days of receipt of the report of the opposing expert.

6.      An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **eleven (11)** days from the receipt of the written report of the expert's proposed testimony, or within **eleven (11)** days from the completion of the expert's deposition, if a deposition is taken, whichever is later.

7.      The parties shall complete all discovery on or before **May 10, 2016**.

8.      The parties agree to exchange initial disclosures under Fed. R. Civ. P. 26 within **thirty (30)** days of the entry of a Scheduling Order in this matter.

9.      All dispositive motions shall be filed on or before **June 10, 2016** and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 14 days of the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 14 days of the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

10.     This case is set for final pretrial conference, in chambers, on the _____ day of

_____, 20____, at _____ and _____

trial commencing _____, 20____. The final

pretrial conference shall be attended by at least one of the attorneys who will conduct the

trial for each of the parties and by any unrepresented parties. The parties should consult

Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial

conference.

    With the exception of the dispositive motion deadline and the dates set for the final

pretrial conference and trial, upon agreement of the parties and submission of an agreed motion,

the deadlines set forth herein may be extended by Order of this Court. The Court may impose

sanctions under Rule 16(f), Fed. R. Civ. P., if the parties do not make timely submissions under

this Order.

    SIGNED this _____ day of _____, _____.


_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE