UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Ryan Walker | § | |
| | § | |
| vs. | § | NO:  SA:15-CV-00169-RP |
| | § | |
| Trinidad Drilling, LP | § | |

**ORDER**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear for an initial pretrial conference on Wednesday, August 05, 2015 **at 10:30 AM** in the undersigned's chambers at the United States Courthouse, 655 E. Cesar E. Chavez, San Antonio, Texas 78206.[1]  The parties should be prepared to discuss potential trial settings as the Court intends to set a trial date in this action at the initial pretrial conference.

**SIGNED** on  July 21, 2015 .

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[1] If counsel for any party is not located in San Antonio, he or she is welcome to appear telephonically.  Should counsel plan to appear telephonically, he or she must inform the Court prior to the date of the conference.