UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Ryan Walker

vs.                                               Case No.: SA:15-CV-00169-RP

Trinidad Drilling, LP

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Melinda Arbuckle, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Plaintiff Ryan Walker in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Baron & Budd, P.C. with offices at:

   Mailing address: 3102 Oak Lawn Avenue Suite 1100

   City, State, Zip Code: Dallas, Texas 75219

   Telephone: (214) 521-3605    Facsimile: (214) 520-1181

2. Since 05/04/2012, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas. Applicant's bar license number is 24080773.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   | --- | --- |
   | Colorado | 3/20/2015 |
   | Northern District of Texas | 4/16/2015 |
   | Southern District of Texas | 6/16/2015 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I [ ] have [X] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Allen Vaught

Mailing address: 3102 Oak Lawn Ave. Suite 1100

City, State, Zip Code: Dallas, Texas 75219-4281

Telephone: 214-521-3605

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Melinda Arbuckle to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Melinda Arbuckle
[printed name of Applicant]

_____
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 4 day of August, 2015.

Melinda Arbuckle
[printed name of Applicant]

_____
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

Ryan Walker

vs.                                                          Case No.: SA:15-CV-00169-RP

Trinidad Drilling, LP

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by __Melinda Arbuckle_____, counsel for __Plaintiff Ryan Walker_____, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and __Melinda Arbuckle_____ may appear on behalf of __Plaintiff Ryan Walker_____ in the above case.

IT IS FURTHER ORDERED that __Melinda Arbuckle_____, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of __August_____, 20 __15____.

_____
UNITED STATES DISTRICT JUDGE