IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RYAN WALKER, On Behalf of Himself and All Others Similarly Situated, | § § § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 5:15-cv-169-RP |
| TRINIDAD DRILLING, LP | § § § | |
| Defendant. | § § | |

**PLAINTIFF'S NOTICE OF FILING OF NOTICE OF CONSENT**

Frank Fetters hereby files Plaintiff's Consent to be a Plaintiff in this lawsuit. A true and correct copy of Plaintiff's executed Notice of Consent is attached hereto as Exhibit A.

Respectfully submitted,

BARON & BUDD, P.C.

By:   s/Allen R. Vaught
Allen R. Vaught
TX Bar No. 24004966
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas  75219
(214) 521-3605 – Telephone
(214) 520-1181 – Facsimile
avaught@baronbudd.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

On August 11, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court.

By:   s/Allen R. Vaught
Allen R. Vaught