# EXHIBIT A

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: 4-22-16          Signature: _____

Printed Name: Kyle Alexander

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: 4/22/16                    Signature: _____

Printed Name: Zachary Armstrong

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: __4-14-16__     Signature: __Cody Baker__

Printed Name: __Cody Baker__

## CONSENT TO BECOME PARTY PLAINTIFF

### Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: 4-20-16          Signature: Jesus Barrera

Printed Name: Jesus Barrera

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: 4-20-16     Signature: Tilytha B. Berry

Printed Name: Tilytha B. Berry

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: _April 19th 2016_          Signature: _____

Printed Name: _Jeff Casons_

What about Bonus that were paid
to trinidad and never paid to the rig hands
I know of Several times we ~~w~~ were Suppose
to get well bonus and Completion bonus and never got any

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: 4-13-2016          Signature: _____

Printed Name: Thomas Jeremy Cook

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: 4/20/16            Signature: _____

Printed Name: Thomas Evans

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: _4-20-2016_      Signature: _Jean Fram_

Printed Name: _Jesus Franco_

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: 4/22/16          Signature: _____

Printed Name: (Jose) Joe Ramon Galvan

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: 4-21-16          Signature: _____

Printed Name: Reyes Garza Jr

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: 4/18/16                          Signature: _____

Printed Name: Aaron Goble

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: 04-19-2016      Signature: _Antelmo Hernandez_

Printed Name: _ANTELMO HERNANDEZ_

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: _April 17, 2016_     Signature: _William E Irons_

Printed Name: _William E Irons_

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: _4-11-16_      Signature: _Jose R Lopez_

Printed Name: _Jose R Lopez_

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: 4-20-16          Signature: Sherman L. McMellon

Printed Name: Sherman L. McMellon

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: 4-11-16          Signature: FREDDY MENENDEZ

Printed Name: FREDDY MENENDEZ

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: 4-19-16          Signature: _Marco Salinas_

Printed Name: _Marco Salinas_

**CONSENT TO BECOME PARTY PLAINTIFF**

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: _4/20/16_          Signature: _Brandon Self_

Printed Name: _Brandon Self_

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: 4 - 9 - 2016        Signature: *Philip D Smith*

Printed Name: *Philip Smith*

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: 4 - 15 - 16                    Signature: _____

Printed Name: OSCAR D STURKEY

## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and liquidated damages ("damages") against Trinidad Drilling, LP ("Defendant"), and all entities and/or individuals that may be jointly liable with Defendant for my claimed damages. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my damages against Defendant, and all other individuals and/or entities who are or may be jointly liable along with Defendant, whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my damages claims against Defendant, I choose to be represented by the law firm of Baron & Budd, P.C. and other attorneys with whom they may associate.

Date: Apr - 18 - 16          Signature: _____

Printed Name: _____