IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RYAN WALKER and MOISES CENICEROS, *et al.*, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | CIVIL ACTION NO. 5:15-cv-00169-RCL |
| TRINIDAD DRILLING, LP | § § § | |
| Defendant. | § § | |

**ORDER**

Pending before the Court is the Parties' Agreed Motion to Extend Certain Deadlines [56] in the above-captioned lawsuit (ECF No. 56 (the "Motion")). The Court, having considered the Motion, finds that good cause exists for the relief requested by the Parties and that the Motion should be **GRANTED**.

Accordingly, the discovery deadline is extended to **November 22, 2016**.

The dispositive motion deadline is extended to **January 9, 2016**.

The current pretrial conference setting and trial setting are **VACATED**, and the Court will advise the Parties of its available pretrial conference and trial settings or procedure regarding obtaining such settings.

**SO ORDERED.**

Signed this ___May 9___, 2016.

_____
ROYCE C LAMBERTH
SENIOR UNITED STATES DISTRICT JUDGE